UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>MICHAEL BUXBAUM,<br><br>　　　　　　　　　Defendants. | 25 CIVIL 0367 (LTS)<br><br>CIVIL JUDGMENT |

　　　For the reasons stated in the March 13, 2025, order, this action is dismissed.

　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

　Dated:　　March 18, 2025
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge